**John L. CORRIGAN, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–5097.**

United States Court of Appeals, Federal Circuit.

Sept. 27, 2006.

John J. Corrigan, pro se.

* We note that Brown has appealed the Rule 54(b) judgment and that appeal has been docketed as 2006–1618.

## ORDER

Order Vacated, See —— F.3d ——, 2006 WL 3019026.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.